## JOHN ANDERSON *versus* HEMAN BROWN, JR., AND STEPHEN DOWNING

JOURNAL ENTRIES (1819): *Journal 2:* (1) Transcript filed, judgment *p. 691.
PAPERS IN FILE: (1) Transcript of county court record; (2) precipe for execution; (3) writ of fi. fa. and return; (4) promissory note.
*Office Docket*, MS p. 92, c. [39-a].

## JOHN G. WATSON, ADMINISTRATOR OF ROBERT GOUIE, DECEASED, *versus* GABRIEL GODFROY, JR., AND DAVID DAVID

JOURNAL ENTRIES (1819–25): *Journal 2:* (1) Continued *p. 701. *Chancery Journal:* (2) Continued *p. 53. *Journal 4:* (3) Dismissed MS p. 50; (4) dismissed MS p. 59.
PAPERS IN FILE: [None]
*Office Docket*, MS p. 79, c. 15. (Case 10 of 1820)

## MICHAEL DOUSMAN *versus* WILLIAM H. PUTHUFF

JOURNAL ENTRIES (1819–22): *Journal 2:* (1) Subpoena ordered issued *p. 702. *Journal 3:* (2) Continued *p. 266; (3) dismissed *p. 292. *Chancery Journal:* (4) Discontinued *p. 52.
PAPERS IN FILE: (1) Bill of complaint.
*Office Docket*, MS p. 95, c. 44. (Case 2 of 1820)